FILED'11 JUN 14 12:20USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LINDA A. HENSON, | |
| Plaintiff, | Case No. 1:09-cv-03015-CL |
| v. | |
| NEW YORK LIFE INSURANCE CO., | ORDER |
| Defendant. | |

**PANNER, District Judge:**

Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983).

I agree with Magistrate Judge Clarke that the insurance contract at issue does not provide Annual Renewal Disability Income (ARDI) coverage because the amended application, which does

1 - ORDER

not include ARDI coverage, supersedes the original application. I also agree that the residual rider does not apply to plaintiff. Accordingly, I ADOPT the Report and Recommendation of Magistrate Judge Clarke.

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#56) is adopted. Defendant's motion for summary judgment (#25) is granted.

IT IS SO ORDERED.

DATED this 14 day of June, 2011.

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER