FILED'11 JUN 14 12:20USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LINDA A. HENSON, | |
| Plaintiff, | Case No. 1:09-cv-03015-CL |
| v. | |
| NEW YORK LIFE INSURANCE CO., | **JUDGMENT** |
| Defendant. | |

Based on the record, judgment is for defendant.

IT IS SO ORDERED.

DATED this  14  day of June, 2011.

*/s/ Owen M. Panner*

OWEN M. PANNER
U.S. DISTRICT JUDGE

1 - JUDGMENT